**Dismissed and Memorandum Opinion filed February 22, 2024.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-23-00900-CV**

**SHELLIE WHEELER AND LAPORTE'S W & W INC., Appellants**

**V.**

**EK & AC INTEREST, INC., FORMERLY KNOWN AS EK & AC ENTERPRISES, INC., Appellee**

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-72004**

## MEMORANDUM OPINION

This is an attempted appeal from a judgment signed October 09, 2023. No post-judgment motion was filed. Appellant's notice of appeal was filed on November 28, 2023. The notice of appeal must be filed within 30 days after the judgment is signed when appellant has not filed a timely post-judgment motion. *See* Tex. R. App. P. 26.1

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On December 11, 2023, notification was transmitted to all parties the appeal was subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response does not demonstrate this court's jurisdiction.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher, Justices Zimmerer and Wilson.